IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

Filed:       May 10, 2005

**USA**

v.                                    Case Number:  03-10009

**AKSELRUD**

**SEALED DOCUMENT** (ORDER)

Placed in sealed material cabinet in vault.

Document # 108

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 108 in case 1:03-CR-10009 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Barry L. Greenhalgh
LAW OFFICES OF BARRY L. GREENHALGH
16633 Ventura Blvd., #1005
Encino, CA 91436

Stuart Goldfarb
BARRY L. GREENHALGH LAW OFFICES
16633 Ventura Blvd.
Encino, CA 91436

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT