IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 MAY 26 PM 2: 30

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            No. 03-10009

MARK AKSELRUD, IRINA AKSELRUD

    Defendants.

## COURT ORDER

Pursuant to a stipulation filed by the defendants, Mark and Irina Akselrud and no objection filed by the United States Attorney's Office, this Court hereby orders that the original condition of release as monitored by U.S. Pretrial Services Department be modified so that defendants, Mark and Irina Akselrud be allowed to leave the Central District of Los Angeles and travel to New York City, New York between the dates of June 3, 2005 and June 13, 2005.

Dated: _05/26/2005_

ENTERED THIS 26th DAY OF MAY, 2005, at the
direction of JAMES D. TODD, UNITED STATES
DISTRICT JUDGE, WESTERN DISTRICT
OF TENNESSEE.

_____
HONORABLE JUDGE JAMES D. TODD

_____
SONYA PETTIGREW, DEPUTY IN CHARGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _05-26-05_


110

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 1:03-CR-10009 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Richard M. Asche
LITMAN ASCHE & GIOIELLA
45 Broadway
New York, NY 10006


T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103


James P. Walsh
MCKENNA LONG & ALDRIDGE
444 S. Flower St.
Los Angeles, CA 90071--290


Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103


Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301


Donald R. Wager
LAW OFFICES OF DONALD R. WAGER
10100 Santa Monica Blvd.
Los Angeles, CA 90067


Stuart Goldfarb
BARRY L. GREENHALGH LAW OFFICES
16633 Ventura Blvd.
Encino, CA 91436

Barry L. Greenhalgh
LAW OFFICES OF BARRY L. GREENHALGH
16633 Ventura Blvd., #1005
Encino, CA 91436

Honorable James Todd
US DISTRICT COURT